■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD P. ROGERS, Appellant. [790 NYS2d 615]—Appeal from a

judgment of the County Court of St. Lawrence County (Nicandri, J.), rendered March 1, 2004, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Defendant pleaded guilty to criminal possession of a controlled substance in the third degree and waived his right to appeal after his parole officer discovered a controlled substance at defendant's residence. Defendant was sentenced as a second felony offender in accordance with the plea agreement to a prison term of $4^{1}/_{2}$ to 9 years to run consecutive to any unsatisfied sentence. On appeal, defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record, defense counsel's brief and defendant's pro se submission, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Crew III, Peters, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.